UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )         No.  4:25-CR-00627 MAL SPM
)
JALIN JEFFERSON, )
)
Defendant. )

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Jennifer Szczucinski, Assistant United States Attorneys for said District, and moves the Court to order the Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of the Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1.      The Defendant is charged with multiple counts of distribution of a controlled substance (and conspiracy to distribute a controlled substance), in violation of 21 U.S.C. § 841(a) and 846, offenses for which a maximum 40 years imprisonment is prescribed under Title 841. As such, there is a rebuttable presumption in favor of detention.

2.      According to the Missouri State Highway Patrol, on four occasions in October and November of 2025, the Defendant sold fentanyl and/or methamphetamine to a law enforcement officer, acting in an undercover capacity. On November 13, 2025, a search warrant was executed at the Defendant's residence. Inside, law enforcement located additional bags containing fentanyl capsules, a pill press, and other drug paraphernalia, stored amongst children's toys and cups.

3.      The Defendant's criminal history reflects that he while he does not have any felony convictions, he is currently on probation in Case No. 2422-CR02161 for Tampering Second Degree and Resisting Arrest. Further, the Defendant had been on probation for Tampering Second Degree and

Resisting Arrest in Case No. 2322-CR02757 when he committed the offenses charged in Case No. 2422-CR02161.

4.     Additionally, while on probation, the Defendant was charged, in Greene County, Illinois, with Possession of a Machinegun, Aggravated Unlawful Use of a Weapon, and Possession of a Controlled Substance in Case No. 2024CF31 and Domestic Assault Second Degree and Kidnapping Second Degree in Case No. 25SL-CR05992. The Defendant was on pretrial supervision, including GPS monitoring, at the time he committed the instant offenses.

5.     There is a serious risk that the Defendant will flee, given the Defendant's history of flight from law enforcement, his flight from the scene in this case, his failure to comply with supervision while on probation and pretrial supervision, and the potential sentence the Defendant faces in this case.

6.     The Defendant's criminal history and the nature and circumstances of the offense charged, reflect that there is a serious danger to the community that would be posed by the defendant's release. Further, there are no conditions or combination of conditions that will reasonably assure the Defendant's appearance as required.

WHEREFORE, the United States requests this Court to order the Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of the Defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney


/s/ Jennifer Szczucinski
JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney